# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KULWINDER KAUR,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services;**<br><br>　　　　　　**Defendants.** | **4:24CV3200**<br><br>**ORDER** |

　　　**IT IS ORDERED** that the motion for substitution of counsel (Filing No. 13) is granted and Timothy R. Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Timothy R. Hook in this case.

　　　**IT IS FURTHER ORDERED** that in accordance with Filing No. 13, Kika Scott, Senior Official Performing the Duties of USCIS is hereby substituted for Ur Mendoza Jaddou as the defendant Pursuant to Fed. R. Civ. P. 25(d).

　　　The Clerk shall modify the docket to reflect this substitution.

　　　Dated this 7th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge